HENRY P. NEUN, Appellant, *v.* B. H. BACON COMPANY, Respondent.

*Neun v. Bacon Co.*, 166 App. Div. 971, affirmed.
(Argued October 17, 1917; decided November 2, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 5, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, in an action to recover for goods alleged to have been sold and delivered. The defense was the Statute of Limitations. Appellant contended that a certain letter received in evidence on the trial constituted such an acknowledgment of the alleged debt, and promise to pay it, as to take the claim out of the bar of the statute.

*William F. Lynn* for appellant.

*Herbert J. Stull* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.